# THE WEITZ LAW FIRM, P.A.

## MEMO ENDORSED

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

December 26, 2025

**VIA CM/ECF**
Honorable Judge Edgardo Ramos
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18C
New York, NY 10007-1312

Re:    **Vuppala v. Broadway Kitchens & Baths, Inc., et al.**
       **Case 1:25-cv-09035-ER**

Dear Judge Ramos:

The undersigned represents the Plaintiff in the above-captioned matter. The In-Person Conference in this matter is currently scheduled for January 7, 2026, at 2:30 p.m. in Your Honor's Courtroom.  However, since this date falls on an important pre-planned school event at Plaintiff's counsel's children's school on the same morning of January 7, 2026, and due to Plaintiff's counsel needing to fly to attend the in-person Conference from Florida, Plaintiff's counsel will not be able to attend said Conference.

For the above stated reasons,  the undersigned requests that this Honorable Court adjourn this in-person Conference to any subsequent day that same week or the following week (any day during January 8 to January 23, 2026) or for Plaintiff's counsel to be given  leave to appear telephonically.

The undersigned counsel has attempted to confer with the opposing counsel several times since the holiday, both by email and telephonically, but has not heard back from the opposing counsel

This is the undersigned counsel's first request for an adjournment, or leave to attend telephonically, of this matter. Thank you for your consideration of this request.

The plaintiff's request is granted.  The conference on January 7, 2026, at 2:30 p.m. will be held by telephone.  The parties are instructed to call (855) 244-8681; enter access code 2301 087 7354#; and enter # again when asked to enter the attendee ID number. The parties are further instructed to join the call five (5) minutes prior to the conference's start time.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: December 29, 2025
New York, New York

Sincerely,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW 9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com