UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRAN VUPPALA,

                    Plaintiff,

          – against –

BROADWAY KITCHENS & BATHS, INC. *and*
PORTFOLIO3 LLC,

                    Defendants.

**ORDER**

25-cv-09035 (ER)

RAMOS, D.J.:

Kiran Vuppala filed suit against Broadway Kitchens & Baths, Inc. and Portfolio3 LLC on October 31, 2025.  Doc. 1.  After Portfolio3 moved to dismiss the complaint on January 28, 2026, Doc. 17, Vuppala moved for leave to amend his complaint on February 24, 2026, Doc. 20.  Vuppala specifically sought leave to remove Broadway Kitchens & Baths as a defendant.[1]  His request also indicated that Portfolio3 "d[id] not object to the filing of th[e] [m]otion." *Id.*  The Court directed Portfolio3 to file its opposition the motion, if any, by March 18, 2026, and stayed briefing on the motion to dismiss pending resolution of the motion to amend on February 25 and 26, 2026, respectively.  Docs. 21, 23.  Since then, Portfolio3 has not filed an opposition to the motion to amend.

The motion to amend is GRANTED.  Vuppala is directed to file the proposed amended complaint by April 17, 2026, which will serve as the operative complaint.  Because the allegations and claims in the amended complaint are identical to those in the initial complaint, the motion to dismiss, Doc. 17, is not moot.  Vuppala is therefore

---

[1] Although Vuppala also asserted that the proposed amended complaint "w[ould] provide . . . additional details, including regarding [his] standing, which support [his] stated claims for relief," Doc. 20, the redline to the complaint shows that he simply deleted the complaint's references to Broadway Kitchens & Baths, Doc. 24.

directed to file an opposition to the motion to dismiss by April 27, 2026. Portfolio3's reply is due May 4, 2026.

It is SO ORDERED.

Dated:    April 13, 2026
          New York, New York

_____
EDGARDO RAMOS, U.S.D.J.