# MEMO ENDORSED   ROSE & ROSE

PETER A. ROSE
TODD A. ROSE
DAVID P. HABERMAN
PHILLIP L. WARTELL **
PAUL COPPE

———

\*    ALSO MEMBER OF NJ BAR
\*\*   ALSO MEMBER OF CT BAR

ATTORNEYS AT LAW

250 BROADWAY, 30TH FLOOR

NEW YORK, NEW YORK 10007

————

TELEPHONE: (212) 349-3366
FACSIMILE: (212) 349-2292

DEAN DREIBLATT
KENNETH E. ROSEN **
JAMES BAYLEY
IRINA SVETLICHNAYA *
JAINEY E. SAMUEL
JOSHUA P. SMOLOW
MICHAEL STEVENS
MARK DAVIES
WILLIAM W. CHUANG
BRETT C. KLATSKY
NICOLE L. MURPHY
KYLE B. VILLA
YAKOV S. MEDINETS
MILES F. ALTARAC
MICHAEL Q. ECKER
EMILY GLAZIER

May 27, 2026

Hon. Judge Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

       Re:     Kiran Vuppala  v. Broadway Kitchen & Baths, Inc;
                Case No. 25–cv-09035

Dear Judge Ramos:

      We represent Portfolio3 LLC, a defendant in the above-referenced case (the "Defendant").

      After due consideration, the Defendant will not oppose the Plaintiff's request to amend their complaint for a second time, and will not be filing any opposition thereto.

Respectfully,

Dean Dreiblatt

DD/ims
cc: B. Bradley Weitz, Esq. (by ECF)

> Vuppala's motion for leave to file a second amended complaint, Doc. 29, is granted. Portfolio3's motion to dismiss the complaint, Doc. 17, is denied without prejudice as moot. The Clerk of the Court is respectfully directed to terminate the motions, Docs. 17, 29.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: May 28, 2026
> New York, New York