UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRAN VUPPALA,

Plaintiff,

*-against-*

SHER ACUPUNCTURE, LLC; *and*
PORTFOLIO3 LLC,

Defendants.

**ORDER**

25-cv-09035 (ER)

RAMOS, D.J.:

Kiran Vuppala filed this action against Broadway Kitchens & Baths, Inc. and Portfolio3 LLC in October 2025. Doc. 1. In his first amended complaint, he withdrew his claims against Broadway Kitchens & Baths, Inc. Doc. 26. In his second amended complaint, which he filed on June 1, 2026, he asserted additional claims against Sher Acupuncture, LLC. Doc. 36. Since then, however, there has not been any activity in this case.

Vuppala is therefore instructed to file a status letter by October 15, 2026. Failure to do so may result in dismissal for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Additionally, Vuppala is reminded that "[i]f a defendant is not served within 90 days after [a] complaint is filed, the court—on motion or on its own after notice to the plaintiff—*must* dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m) (emphasis added).

It is SO ORDERED.

Dated: October 9, 2026
New York, New York

EDGARDO RAMOS
United States District Judge